DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FAINA KLIGER,**
Appellant,

v.

**SETH E. SCHNEIDERMAN, P.A.,**
Appellee.

No. 4D21-1105

[October 28, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Terri-Ann Miller, Judge; L.T. Case No. COSO19-14110.

Faina Kliger, North Miami Beach, pro se.

Seth E. Schneiderman of Seth E. Schneiderman, P.A., Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***